MIKE S. ABDALLA, APPELLEE and CROSS-APPELLANT, V. MERCHANTS MUTUAL BURGLARY INSURANCE COMPANY, APPELLANT AND CROSS-APPELLEE.

FILED NOVEMBER 22, 1929. No. 26938.

*Howell, Tunison & Joyner* and *Julius D. Cronin,* for appellant.

*J. A. Donohoe, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ., and THOMSEN, District Judge.

PER CURIAM.

This is an action on a burglary insurance policy issued to plaintiff by the defendant company. From a judgment of the district court for Holt county in favor of plaintiff, defendant has appealed.

We have carefully considered the record and find the same to be without prejudicial error. The judgment of the district court is therefore

AFFIRMED.